UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-cv-22043-WILLIAMS

ATLANTIC CASUALTY INSURANCE COMPANY,

    Plaintiff,

vs.

LEGACY ROOFING of FL/ AHEAD GENERAL
CONTRACTORS & RESTORATION, LLC, *et al.*

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on Plaintiff's amended motion for attorney's fees and costs (the "Report"). (DE 50). Defendants did not file objections to the Report and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 50) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's amended motion for attorney's fees and costs (DE 48) is **GRANTED**.
3. All pending motions are **DISMISSED AS MOOT**.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 26th day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE